## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BOZENA SARNECKA-CROUCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 06-1169 (ESH)** |
| ) | |
| **JAMES BILLINGTON, Librarian of** ) | |
| **Congress,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER DIRECTING PLAINTIFF TO COMPLETE
## SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the

defendant with a summons and a complaint within 120 days after the filing of the complaint.  To

date, the Court has no record that the defendant has been served with a summons and complaint,

and the 120-day time limit is about to expire.

Accordingly, it is this 6th day of October, hereby

**ORDERED** that on or before October 24, 2006, plaintiff must either:  (1) file with the

Court proof that the defendant has been served with a summons and complaint, or (2) provide the

Court with a written explanation for why service of process has not been completed.  If plaintiff

fails to comply with this order, or if the Court determines that the plaintiff has not shown good

cause for the failure to comply with Rule 4(m), this case will be dismissed without prejudice.

**SO ORDERED.**

_____
s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 6, 2006