# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1169 (ESH) |
| ) | |
| JAMES BILLINGTON, Librarian of ) | |
| Congress, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of plaintiff's failure to cause process to be served upon defendant within 120 days in accordance with Fed. R. Civ. P. Rule 4(m), and plaintiff's failure to comply with this Court's Order of October 6, 2006, directing that proof of service be filed on or before October 24, 2006, it is hereby

**ORDERED** that pursuant to Fed. R. Civ. P. Rule 41(b), plaintiff's complaint against defendant is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

                                        /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: October 30, 2006