## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1169 (ESH) |
| ) | |
| JAMES BILLINGTON, Librarian of ) | |
| Congress, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Proof of service having been received by the Court on October 24, 2006, the Court's October 30, 2006, Order dismissing this case without prejudice for lack of prosecution is hereby **VACATED**, the case is reopened, and plaintiff's complaint is reinstated.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 8, 2006