IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BOZENA SARNECKA-CROUCH <br> 112 - Fourth St., S.E. <br> Apt. 2 <br> Washington, D.C. 20003 <br><br> Plaintiff, <br><br> v. <br><br> JAMES BILLINGTON, <br> LIBRARIAN OF CONGRESS <br> Serve: <br> Elizabeth Pugh, Esq. <br> General Counsel <br> Library of Congress <br> 101 Independence Ave., S.E., 6th Floor <br> Washington, D.C. 20540-1050 <br><br> and <br><br> Office of the United States Attorney <br> for the District of Columbia <br> Kenneth L. Wainstein <br> 555 - 4th Street, N.W. <br> Washington, D.C. 20530 <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-1169 (ESH) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

        Respectfully submitted,

        _____/s/_____
        CLAIRE WHITAKER, Bar #354530
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Room E4204
        Washington, D.C.  20530
        (202)514-7137

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

BOZENA SARNECKA-CROUCH
112 - Fourth St., S.E.
Apt. 2
Washington, D.C. 20003

on this _____ day of November, 2006.

      _____/s/_____
      CLAIRE WHITAKER
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Room E4204
      Washington, D.C.  20530
      (202)514-7137