UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-1169 (ESH) |
| v. ) | |
| ) | |
| JAMES BILLINGTON, ) | |
|   Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |

CONSENT MOTION FOR EXTENSION OF TIME

     Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant moves this Court for an extension of time, to and including January 10, 2007, to answer or otherwise respond to the allegations in the complaint. Defendant's answer is due on December 26, 2006. Undersigned counsel has conferred with the plaintiff who indicates that she consents to this extension.

     The grounds for this motion to extend are as follows:

     Plaintiff filed her complaint on June 26, 2006. On October 6, 2006, this Court directed plaintiff to complete service of process on defendant by October 24, 2006. R. 2. Plaintiff served undersigned counsel on October 24, 2006, and defendant's answer is presently due on December 26, 2006. Because of the holiday leave schedule of defendant's counsel primarily assigned to the case, and issues that have arisen concerning the documents necessary to respond to the complete, it will be impossible to respond to plaintiff's complaint by the present due date. In addition, a preliminary review of the records available to counsel indicates that defendant may be able to file a motion for

partial summary judgment. It is anticipated that an answer to the complaint and/or other response will be ready for filing with the Court shortly after the beginning of the new year. Accordingly, defendant respectfully requests that an extension of time to and including January 10, 2007. As noted, plaintiff has no objection to this motion. A proposed order is attached.

                           Respectfully submitted,

                           /s/
                           JEFFREY A. TAYLOR, D.C. Bar # 498610
                           United States Attorney

                           /s/
                           RUDOLPH CONTRERAS, D.C. Bar # 434122
                           Assistant United States Attorney

                           /s/
                           CLAIRE WHITAKER, D.C. Bar # 354530
                           Assistant United States Attorney
                           United States Attorneys Office
                           Civil Division
                           555 4th Street, N.W., Room E-4204
                           Washington, D.C. 20530
                           (202) 514-7137

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing motion to extend time and the proposed order were serve on plaintiff, this 21st day of 2006, to the following address:

>Bozena Sarnecka-Crouch, Plaintiff pro se
>112 Fourth Street, SE, Apartment 2
>Washington, DC 20003

>_____/s/_____
>Claire Whitaker
>Assistant U.S. Attorney
>555 4th St., N.W. E-4204
>Washington, D.C. 20530