UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-1169 (ESH) |
| v. ) | |
| ) | |
| JAMES BILLINGTON, ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of consent defendant's motion to extend the time for filing

defendant's answer to the complaint or other response in this case, and for good cause shown, it

is this _____ day of _____, 200_,

ORDERED, that the time for filing defendant's answer or other response is extended to

and including January 10, 2007.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

Bozena Sarnecka-Crouch, Plaintiff pro se
112 Fourth Street, SE, Apartment 2
Washington, DC 20003

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. E-4204
Washington, D.C. 20530