UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BOZENA SARNECKA-CROUCH, | ) |
| Plaintiff, | ) |
|  | ) C.A. No. 06-1169 (ESH) |
| v. | ) |
| JAMES BILLINGTON,<br>Librarian of Congress, | ) |
| Defendant. | ) |

CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant moves this Court for an extension of time, to and including January 22, 2007, to answer or otherwise respond to the allegations in the complaint. Defendant's answer is due on January 10, 2007. Undersigned counsel has conferred with the plaintiff who indicates that she consents to this extension on the condition that the Court stay proceedings after the filing of the answer until May 1, 2007, as she must travel out of the country to care for a loved one. Defendant has no objection to a stay.

Undersigned counsel primarily assigned to this case is awaiting input from the agency before filing defendant's answer. Because of the holiday seasons and other demands on the agency, including the preparation for pretrial and trial in Turner v. Billington, Civil Action No. 02-00219 (JGP), delays were encountered in assembling the record, reviewing the complaint, and providing support for a possible dispositive motion, in lieu of an answer. As plaintiff will be unavailable over the next three months, there is no urgency in responding to her complaint at this time.

For the foregoing reasons, defendant respectfully requests that an extension of time to and including January 22, 2007.   A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing motion to extend time and the proposed order were serve on plaintiff, this 10th day of 2007, to the following address:

>Bozena Sarnecka-Crouch, Plaintiff pro se
>112 Fourth Street, SE, Apartment 2
>Washington, DC 20003

_____/s/_____
Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. E-4204
Washington, D.C. 20530