UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BOZENA SARNECKA-CROUCH,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**JAMES BILLINGTON,** )<br>**LIBRARIAN OF CONGRESS,** )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-1169 (ESH) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Assistant United States Attorney Claire M. Whitaker.

Respectfully submitted,

 /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Substitution of Counsel was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**BOZENA SARNECKA-CROUCH**
112 Fourth Street, SE
Apartment #2
Washington, D.C. 20003

on this 16th day of March, 2007.

        /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895