UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
2007 SEP 17 PM 3:40
NANCY M.
MAYER-WHITTINGTON
CLERK



RECEIVED

SEP 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BOZENA SARNECKA-CROUCH

    Plaintiff,

                         C.A. No. 06-1169 (ESH)

    v.

JAMES BILLINGTON
Librarian of Congress,

    Defendant.

<u>CONSENT MOTION FOR EXTENSION OF TIME</u>

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, plaintiff moves this Court for an extension of time, to and including October 16, 2007, to serve reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by plaintiff retained experts. Plaintiff's reports are due on 9/17/2007 (initial date 9/15/2007, was Saturday). Undersigned pro se plaintiff has conferred with the defendant's counsel, Sherease Louis, who indicates that she consents to this extension on the condition that the Court extend all other deadlines commensurate with plaintiff's request for this extension. Plaintiff has no objection to extension.

After an initial scheduling conference, plaintiff began looking for an attorney to represent her, as advised by the Court. However, due to her financial situation caused by forced retirement on 17 percent of her salary and inability to find another job due to her old age, she has not yet been able to find an attorney who would provide her representation on affordable financial terms. She expects to get an attorney soon.

For the foregoing reasons, plaintiff respectfully requests that an extension of time

to and including October 16, 2007, be granted.  A proposed order is attached.

Respectfully submitted,

BOZENA SARNECKA-CROUCH
Plaintiff pro se
112, 4th Street, S.E. # 2
Washington, D.C. 20003
Tel. (202) 547 5759

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing motion to extend time and the proposed order were served on defendant, this 17th day of September 2007, by USPS mail to the following address:

Sherease Louis, Esq.
Special Assistant United States Attorney
United States Attorneys Office, Civil Division
555, 4th Street, N.W.
Washington, D.C. 20530

and has been electronically mailed to:

Sherease Louis        sherease.louis@usdoj.gov

Bozena Sarnecka-Crouch
Plaintiff pro se
112, 4th Street, S.E .# 2
Washington, D.C. 20003
Tel. (202) 547 5759

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOZENA SARNECKA-CROUCH,

       Plaintiff,

                     C.A. No. 06-1169 (ESH)

       v.

JAMES BILLINGTON,
Librarian of Congress,

       Defendant

## ORDER

       Upon consideration of plaintiff's motion to extend the time for serving

reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and for good

cause shown, it is this .................. day of September 2007,

       ORDERED to amend Scheduling Order of May 31, 2007, as follows:

the time for serving plaintiff reports pursuant to Federal Rule of Civil Procedure

26(a)(2)(B) is extended to and including October 16, 2007,

the time for serving defendant reports pursuant to Federal Rule of Civil Procedure

26(a)(2)(B) is extended to and including November 16, 2007,

the discovery shall be completed by 1/1/2008,

the further status conference is scheduled for      at    .

_____

UNITED STATES DISTRICT JUDGE

Copies to:

Bozena Sarnecka-Crouch, Plaintiff <u>pro se</u>
112, 4th Street, SE, Apartment 2
Washington, DC 20003
Tel. (202) 547 5759

Sherease Louis
Special Assistant United States Attorney
United States Attorneys Office, Civil Division
555, 4th Street, NW
Washington, DC 20530