# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH<br><br>                Plaintiff,<br><br>    v.<br><br>JAMES BILLINGTON,<br>LIBRARIAN OF CONGRESS<br><br><br>                Defendant. | Civil Action No. 06-1169 (ESH)<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Carolyn Cox as counsel for the Plaintiff, Bozena Sarnecka-Crouch, in the above-captioned case.

                                      Respectfully submitted,

                                      _____/s/_____
                                      Carolyn Cox
                                      DC Bar. No. 226035
                                      WILMER CUTLER PICKERING HALE AND DORR LLP
                                      1875 Pennsylvania Avenue, NW
                                      Washington, DC  20006
                                      (202) 663-6000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October, 2007, a copy of the foregoing Motion for Leave to Amend Scheduling Order was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

_____/s/_____
Carolyn Cox