UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH<br><br>    Plaintiff,<br><br>v.<br><br>JAMES BILLINGTON,<br>LIBRARIAN OF CONGRESS<br><br><br>    Defendant. | Civil Action No. 06-1169 (ESH)<br><br>**MOTION FOR LEAVE TO AMEND<br>SCHEDULING ORDER** |

**MOTION FOR LEAVE TO AMEND SCHEDULING ORDER**

The Plaintiff, Bozena Sarnecka-Crouch, respectfully moves this Court pursuant to Fed. R. Civ. P. 16(b) to amend the dates of the Court's scheduling order, which was entered on May 31, 2007.[1] Rule 16(b) states in relevant part that a "schedule shall not be modified except upon a showing of good cause." Ms. Sarnecka-Crouch submits that she has good cause because, upon the recommendation of the Court, she recently retained counsel to represent her interests in this matter. Ms. Sarnecka-Crouch first met with her counsel on October 2, 2007, such that counsel has had insufficient time to prepare her case or conduct discovery. Therefore, Ms. Sarnecka-Crouch requests that the date by which any parties shall be joined or the pleadings amended, as provided in the Court's May 31, 2007, scheduling order, be extended for a period of five months, to and including November 10, 2007, and all other dates in the Court's scheduling order be

---

[1] The Plaintiff acknowledges the Court granted her consent motion for extension of time on September 19, 2007. In that request, however, the Plaintiff, operating without the benefit of counsel, did not include all of the relevant dates in the Court's May 31, 2007, scheduling order. For ease of reference, this motion refers only to the Court's May order.

extended for a period of four months, with discovery to be completed by April 1, 2008.  She further requests that the maximum number of depositions be increased to 10, consistent with Fed. R. Civ. P. 30(a).

    Counsel for Ms. Sarnecka-Crouch has conferred with counsel for the Defendant, who has indicated she has no objection to this motion.  A proposed order is attached for the Court's convenience.

                                       Respectfully submitted,

                                       _____/s/_____
                                       Carolyn Cox
                                       DC Bar No. 226035
                                       WILMER CUTLER PICKERING HALE AND DORR LLP
                                       1875 Pennsylvania Avenue, NW
                                       Washington, DC  20006
                                       (202) 663-6000

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 12th day of October, 2007, a copy of the foregoing Motion for Leave to Amend Scheduling Order was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

                                       _____/s/_____
                                       Carolyn Cox

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOZENA SARNECKA-CROUCH

                Plaintiff,

        v.

JAMES BILLINGTON,
LIBRARIAN OF CONGRESS

                Defendant.

Civil Action No. 06-1169 (ESH)

## **ORDER**

Upon consideration of the Plaintiff's Motion for Leave to Amend Scheduling Order, and for good cause shown, it is this _____ day of _____, 2007, **ORDERED**, that

1.    Discovery shall be completed by April 1, 2008.

2.    The date by which any parties shall be joined or the pleadings amended is November 10, 2007.

3.    Each side is limited to a maximum of 10 depositions and no deposition shall exceed seven hours unless both parties agree or unless authorized by the Court.

4.    Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the Plaintiff's retained experts are due by January 15, 2008.

5.    Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the Defendant's retained experts are due by February 15, 2008.

      6.      A further status conference is scheduled for _____, 2008, consistent with the schedule and convenience of the Court.

**SO ORDERED**.

                                               _____
                                               ELLEN SEGAL HUVELLE
                                               United States District Judge

DATE: