UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BOZENA SARNECKA-CROUCH

           Plaintiff,

v.

JAMES BILLINGTON,
LIBRARIAN OF CONGRESS

           Defendant.

Civil Action No. 06-1169 (ESH)

## ORDER

Upon consideration of the Plaintiff's Motion for Leave to Amend Scheduling Order, and for good cause shown, it is this _____ day of ___October___, 2007, **ORDERED**, that

    1.    Discovery shall be completed by April 1, 2008.

    2.    The date by which any parties shall be joined or the pleadings amended is November 10, 2007.

    3.    Each side is limited to a maximum of 10 depositions and no deposition shall exceed seven hours unless both parties agree or unless authorized by the Court.

    4.    Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the Plaintiff's retained experts are due by January 15, 2008.

    5.    Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the Defendant's retained experts are due by February 15, 2008.

6. A further status conference is scheduled for ___April 10___, 2008, consistent *at 9:15 am* with the schedule and convenience of the Court. *The status now set for 1/11/08 at 9:15am. is vacated*

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: 10/15/07