## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH<br><br>                      Plaintiff,<br><br>                v.<br><br>JAMES BILLINGTON,<br>LIBRARIAN OF CONGRESS<br><br><br>                      Defendant. | Civil Action No. 06-1169 (ESH) |

### CONSENT MOTION FOR EXTENSION OF TIME

      Plaintiff, Bozena Sarnecka-Crouch, respectfully moves this Court pursuant to Fed. R. Civ. P. 6(b)(1) for an extension of time of two weeks, to and including November 27, 2007, to amend the pleadings in this cause of action. The date by which the pleadings must be amended is currently November 13, 2007.

      On June 26, 2006, Plaintiff filed her original Complaint. The Court held an initial scheduling conference with the parties on May 31, 2007, and Plaintiff filed an Amended Complaint on June 11, 2007. On October 2, 2007, Plaintiff engaged the undersigned counsel to represent her in this matter. The pertinent factual allegations of Plaintiff's present Complaint span a period of time greater than two years, and Plaintiff's counsel needs additional time to investigate some of these factual allegations. Counsel believes that the ability to conduct a more thorough investigation at this stage of the proceedings will save the Court and the parties additional time and resources later in the proceedings.

- 2 -

Counsel for Plaintiff has conferred with counsel for the Defendant, who has indicated the Defendant consents to this extension. A proposed order is attached for the Court's convenience.

Respectfully submitted,

_____/s/_____
Carolyn Cox
DC Bar No. 226035
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2007, a copy of the foregoing Consent Motion for Extension of Time was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

_____/s/_____
Carolyn Cox

- 3 -

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH<br><br>                    Plaintiff,<br><br>         v.<br><br>JAMES BILLINGTON,<br>LIBRARIAN OF CONGRESS<br><br>                    Defendant. | Civil Action No. 06-1169 (ESH) |

## **ORDER**

Upon consideration of the Plaintiff's Consent Motion for Extension of Time, and for good cause shown, it is this _____ day of _____, 2007, **ORDERED**, that the date by which any parties shall be joined or the pleadings amended is November 27, 2007.

**SO ORDERED**.

_____
ELLEN SEGAL HUVELLE
United States District Judge

US1DOCS 6440430v1