UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARNECKA-CROUCH, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06-1169 (ESH) |
| | ) |
| v. | ) |
| | ) |
| JAMES BILLINGTON, | ) |
| LIBRARIAN OF CONGRESS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT**

Defendant respectfully moves the Court for an enlargement of time of 30 days to, and including, January 14, 2008, in which to file an answer or otherwise respond to the second amended complaint, which was filed on November 27, 2007. Defendant's response is due today. This is the first request for an enlargement of time to respond to the second amended complaint. Plaintiff, through counsel, consents to this request.

Defendant, through newly-assigned counsel, requires additional time to review the complaint, determine whether it raises new claims, and to confer and consult with agency counsel in preparing a response.

WHEREFORE, the defendant respectfully requests an enlargement of time of 30 days to file an answer or otherwise respond to the complaint.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Room E-4806
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov