UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARNECKA-CROUCH, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-1169 (ESH) |
| ) | |
| v. ) | |
| ) | |
| JAMES BILLINGTON, ) | |
| LIBRARIAN OF CONGRESS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon Consideration of the Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Second Amended Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the second amended complaint by January 14, 2008.

It is **SO ORDERED** this _____ day of December, 2007.

_____
Ellen Segal Huvelle
United States District Judge