UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES BILLINGTON,<br>LIBRARIAN OF CONGRESS<br><br><br>　　　　　　　　Defendant. | Civil Action No. 06-1169 (ESH)<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE**

　　The Clerk of the Court will please enter the appearance of Will L. Crossley as counsel for the Plaintiff, Bozena Sarnecka-Crouch, in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Will L. Crossley
　　　　　　　　　　　　　　　　　　DC Bar. No. 498343
　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　1875 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　Washington, DC  20006
　　　　　　　　　　　　　　　　　　(202) 663-6000

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 19th day of December 2007, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

                                                           /s/
                                         Will L. Crossley