UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOZENA SARNECKA-CROUCH

                Plaintiff,

    v.

JAMES BILLINGTON,
LIBRARIAN OF CONGRESS

                Defendant.

Civil Action No. 06-1169 (ESH)

**JOINT MOTION FOR LEAVE TO AMEND SCHEDULING ORDER**

**JOINT MOTION FOR LEAVE TO AMEND SCHEDULING ORDER**

Plaintiff Bozena Sarnecka-Crouch and Defendant James Billington respectfully move this Court pursuant to Fed. R. Civ. P. 16(b) to amend the dates of the Court's scheduling order, which was entered on October 16, 2007. Rule 16(b) states in relevant part that a "schedule shall not be modified except upon a showing of good cause." The parties submit that good cause exists.

Plaintiff's counsel was first retained in October of this year and filed a Second Amended Complaint on behalf of Plaintiff on November 27, 2007. Defendant's newly assigned counsel entered an appearance on December 12, 2007 and filed a motion for additional time to answer on December 14, 2007. On December 17, 2007, the Court granted Defendant's request, permitting him a 30-day extension to respond to the Second Amended Complaint. Defendant's Answer is now due on January 14, 2008. Under the current scheduling order, Plaintiff's expert reports are due one day later, on January 15, 2007, and Defendant's expert reports are due a month later, on February 15, 2007.

In light of the recent appearances of counsel for both parties and since no fact discovery has been conducted to date, the parties submit that an amendment to the scheduling order is necessary to allow time for fact discovery to be conducted prior to the filing of expert reports. The parties have agreed to a schedule whereby discovery is to be completed by September 1, 2008, with Plaintiff's expert reports due on June 1, 2008, and Defendant's expert reports due on July 1, 2008. The parties anticipate that these dates will limit the need to file additional requests for extensions of time.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

_____/s/_____
Will L. Crossley
DC Bar No. 498343
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000


_____/s/_____
John G. Interrante
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W. Room E-4806
Washington, D.C. 20530
(202)514-7720

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 19th day of December 2007, a copy of the foregoing Joint Motion for Leave to Amend Scheduling Order was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

 

                                                        /s/
                                          Will L. Crossley

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH<br><br>                    Plaintiff,<br><br>          v.<br><br>JAMES BILLINGTON,<br>LIBRARIAN OF CONGRESS<br><br><br>                    Defendant. | Civil Action No. 06-1169 (ESH) |

## **ORDER**

Upon consideration of the parties' Joint Motion for Leave to Amend Scheduling Order, and for good cause shown, it is **ORDERED** that

1. Discovery shall be completed by September 1, 2008.

2. Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the Plaintiff's retained experts are due by June 1, 2008.

3. Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the Defendant's retained experts are due by July 1, 2008.

4. A further status conference is scheduled for _____, 2008, consistent with the schedule and convenience of the Court.

It is **SO ORDERED** this _____ day of December 2007.


                                                            _____
                                                            ELLEN SEGAL HUVELLE
                                                            United States District Judge