# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARNECKA-CROUCH, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06-1169 (ESH) |
| | ) ECF |
| v. | ) |
| | ) |
| JAMES BILLINGTON, | ) |
| LIBRARIAN OF CONGRESS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for defendant in the above-captioned case.

```
       ___/s/_____
```
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 4th St., NW
Washington, D.C. 20530
(202) 514-5134
(202) 514-8780 (fax)
Megan.weis@usdoj.gov