UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOZENA SARNECKA-CROUCH

            Plaintiff,

    v.

JAMES BILLINGTON,
LIBRARIAN OF CONGRESS

            Defendant.

Civil Action No. 06-1169 (ESH)

**CONSENT MOTION FOR LEAVE TO AMEND SCHEDULING ORDER**

**CONSENT MOTION FOR LEAVE TO AMEND SCHEDULING ORDER**

    Plaintiff Bozena Sarnecka-Crouch and Defendant James Billington, the Librarian of Congress, respectfully move this Court pursuant to Fed. R. Civ. P. 16(b) to amend the dates of the Court's scheduling order, which was entered on December 20, 2007. Rule 16(b) states in relevant part that a "schedule shall not be modified except upon a showing of good cause." The parties submit that good cause exists to modify the scheduling order.

    The parties seek to reschedule only the dates for filing expert reports, which are currently due June 1, 2008 for Plaintiff's expert and July 1, 2008 for Defendant's expert. Defendant's new counsel recently entered her Notice of Appearance on May 8, 2008. The parties have also initiated discussion regarding a possible settlement and seek to avoid the additional costs associated with filing expert reports pending the outcome of settlement discussions. For the foregoing reasons, the parties request an additional period of 30 days for the filing of their respective expert reports.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

_____/s/_____
Will L. Crossley
DC Bar No. 498343
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000


_____/s/_____
Megan Weis
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202)514-7720

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2008, a copy of the foregoing Consent Motion for Leave to Amend Scheduling Order was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

_____/s/_____
Will L.Crossley

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES BILLINGTON,<br>LIBRARIAN OF CONGRESS<br><br><br>　　　　　　　Defendant. | Civil Action No. 06-1169 (ESH) |

## ORDER

Upon consideration of the parties' Consent Motion for Leave to Amend Scheduling Order, and for good cause shown, it is **ORDERED** that

1. Discovery shall be completed by September 1, 2008.

2. Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the Plaintiff's retained experts are due by July 1, 2008.

3. Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the Defendant's retained experts are due by August 1, 2008.

4. A further status conference is scheduled for September 5, 2008, at 9:30 a.m.

It is **SO ORDERED** this _____ day of May 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge