UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES BILLINGTON, ) <br> LIBRARIAN OF CONGRESS, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 06-1169 (ESH) <br> ECF |

## ORDER

Plaintiff Bozena Sarnecka-Crouch has filed a Motion to Compel Responses to Interrogatories and Requests for Production of Documents ("Motion"). Upon consideration of Plaintiff's Motion, it is hereby **ORDERED** that

1. Plaintiff Bozena Sarnecka-Crouch's Motion to Compel Discovery is GRANTED, and

2. Defendant is to produce the additional information requested in Plaintiff's First Request for Production of Documents and Plaintiff's First Set of Interrogatories within five (5) business days of the date of this order. The copies should be provided at the expense of Defendant.

**SO ORDERED** ON THIS _____ DAY OF _____, 2008.

_____
Ellen S. Huvelle
United States District Judge