UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1169 (ESH) |
| ) | |
| JAMES BILLINGTON, ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Based on the conference call held on this date, it hereby

**ORDERED** that with respect to Plaintiff's Interrogatory No. 3, defendant shall make available to plaintiff the merit selection files covering the period from February 2004 through October 2005. Plaintiff's review of these files is subject to the Consent Protective Order dated May 19, 2008; and it is further

**ORDERED** that with respect to Plaintiff's Interrogatory Nos. 4, 5, 7, and 13, the parties shall meet and confer in order to resolve their disputes in accordance with LCvR 7(m). If a resolution cannot be reached, parties should again contact chambers.

**SO ORDERED**.

                                                   /s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

Date: June 23, 2008