UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES BILLINGTON, ) <br> LIBRARIAN OF CONGRESS ) <br> Defendant. ) <br> ) | Civil Action No: 06-1169 (ESH) <br> ECF |

## DEFEDNANT'S MOTION TO BIFURCATE DISCOVERY

Defendant, by and through undersigned counsel, the United States Attorney for the District of Columbia, in the instant case, hereby moves this Court to bifurcate discovery so as to postpone any discovery on damages pending resolution of dispositive motions on the merits of Plaintiff's claims.  Defendant contacted Plaintiff, through counsel, on July 23, 2008 concerning her position on this motion.  On July 24, 2008 Plaintiff indicated that she intends to oppose this motion.

This case seeks redress for alleged employment discrimination (age) and retaliation for prior EEO activities. Discovery is set to close on September 1, 2008.  In accordance with the Parties' proposed scheduling order, Plaintiff indentified an economic expert witness whose testimony relates solely to the issue of Plaintiff's damages and not to her burden of proof on liability.  The deposition of Plaintiff's expert witness would involve extensive preparation, costs, and time.  To that extent, in order to preserve the Parties' resources and permit more efficient consideration of the merits, Defendant requests that this Court bifurcate discovery on damages and liability.  Further, it does not appear that Plaintiff would be prejudiced by postponing

discovery solely on the issue of damages, in as much as until September 1, 2008, Plaintiff will continue to have the opportunity to conduct discovery on the merits of her case.

After the close of discovery, Defendant intends to file a dispositive motion in this matter. Should the Court deny Defendant's dispositive motion or deny Defendant's motion in part, Defendant requests an additional fourteen (14) days to complete discovery solely on the issue of damages.

WHEREFORE, based on the foregoing, Defendant respectfully requests that its Motion to Bifurcate Discovery be granted, and the Court postpone discovery solely on the issue of damages until after resolution of the Parties' dispositive motions.

July 29, 2008

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_\_/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 4th St., NW D.C. 20530