UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-1169 (ESH) |
| ) | ECF |
| JAMES BILLINGTON, ) | |
| LIBRARIAN OF CONGRESS ) | |
| Defendant. ) | |

## ORDER

Upon Consideration of Defendant's Motion to Bifurcate Discovery, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that discovery on the issue of damages in the instant case is postponed until after resolution of the Parties' dispositive motions.

_____
Hon. Ellen Segal Huvelle
United States District Judge