UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**BOZENA SARNECKA-CROUCH,**         )
                                    )
           **Plaintiff,**           )
                                    )
                                    )   **Civil Action No. 06-1169 (ESH)**
                                    )
**JAMES BILLINGTON,**               )
                                    )
           **Defendant.**           )
_____ )

## ORDER OF REFERRAL

Based upon the parties' request that this case be referred for mediation before a United States Magistrate Judge, it is hereby

**ORDERED** this matter is referred to Magistrate Judge Facciola for settlement discussions to begin on or about October 3, 2008. On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Facciola following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule the conference.

**SO ORDERED.**

                                    _____/s/_____
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: August 5, 2008