REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | Cause: 42:2000e Job Discrimination (Employment) | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 06-1169 | DATE REFERRED:<br>8/5/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| Bozena Sarnecka-Crouch | James Billington |

ENTRIES: