IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES BILLINGTON,<br>LIBRARIAN OF CONGRESS<br><br>        Defendant. | Civil Action No. 06-1169 (ESH) |

## MOTION TO APPEAR *PRO HAC VICE* OF MARIYAM A. CEMENTWALA

Will Crossley, as counsel for Plaintiff Bozena Sarnecka-Crouch in the above-captioned matter, hereby moves the Court for, and sponsors, the admission *pro hac vice* of Mariyam A. Cementwala to appear as counsel for Plaintiff in this case. In support of this motion, Will Crossley states the following:

1. I am a member of the Bar of this Court, duly and legally admitted to practice before the United States District Court for the District of Columbia.

2. I have attached a declaration from Ms. Cementwala pursuant to LCvR 83.2(d).

WHEREFORE, petitioner prays that Mariyam A. Cementwala be admitted *pro hac vice*.

Respectfully Submitted,

Date: August 13, 2008

/s/
_____
Will Crossley (D.C. Bar No. 498343)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2008, a copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF Mariyam A. Cementwala was served by electronic mail on:

Megan M. Weis
Special Assistant United States Attorney
555 Fourth Street NW
Washington, D.C. 20530
(202 514-5134
*Counsel for Defendant*

Date: August 13, 2008

/s/
Will Crossley (D.C. Bar No. 498343)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
(202) 663-6000