IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES BILLINGTON, ) <br> LIBRARIAN OF CONGRESS ) <br> ) <br> Defendant. ) | Civil Action No. 06-1169 (ESH) |

DECLARATION OF MARIYAM A. CEMENTWALA

1. My full and complete legal name is Mariyam Asgar Cementwala.

2. I am an attorney practicing law at Wilmer Cutler Pickering Hale & Dorr, LLP, located at 1875 Pennsylvania Avenue NW, Washington, DC 20006 and can be reached at my office telephone number, which is (202) 663-6786.

3. I was admitted to practice law in the State of California by the California State Bar (Bar No. 250886) on November 20, 2007. The California Bar is the only bar to which I have been admitted.

4. I am presently a member in good standing of the California Bar and attach a Certificate of Good Standing to that effect from the California Supreme Court.

5. I have not been disciplined by any bar.

6. I engage in the practice of law from an office located in the District of Columbia. I applied for membership to the District of Columbia Bar on November 29, 2007. My application for admission is presently pending.

I declare on this 13th day of August 2008 that all statements made herein are true and correct to the best of my knowledge. I understand that any false statements knowingly made subject me to

disciplinary proceedings of this Court and/or the bars of the State of California and the District of Columbia.

                                                                           _____

                                                                           Mariyam Asgar Cementwala
                                                                           California Bar Number: 250886