IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOZENA SARNECKA-CROUCH,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JAMES BILLINGTON,  )<br>LIBRARIAN OF CONGRESS  )<br>  )<br>Defendant.  )<br> ) | Civil Action No. 06-1169 (ESH) |

### [PROPOSED] ORDER

Upon consideration of the Motion to Appear *Pro Hac Vice* of Mariyam A. Cementwala, and the entire record herein, it is this ___ day of _____, 2008 hereby ORDERED that the Motion is granted; and Mariyam A. Cementwala of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP shall be permitted to appear and participate *pro hac vice* in this case as counsel for Plaintiff Bozena Sarnecka-Crouch.

SO ORDERED.

_____
The Honorable Ellen Segal Huvelle

Dated: