### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARNECKA-CROUCH, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-1169 (ESH) |
| ) | ECF |
| v. ) | |
| ) | |
| JAMES BILLINGTON, ) | |
| LIBRARIAN OF CONGRESS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY REQUESTS

Defendant, James Billington, Librarian of Congress ("Defendant") by and through undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of ten days to respond to Bozena Sarnecka-Crouch's ("Plaintiff") Second Set of Interrogatories and Second Request for Production of Documents

Defendant's responses to Plaintiff's First Request for Admissions, Second Set of Interrogatories, and Second Request for Production of Documents were currently due on September 2, 2008. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the Parties have conferred on this matter. Plaintiff agreed to an extension of time up to and including September 9, 2008 for Defendant to respond to her First Request for Admissions, but has conditioned her consent to the extension of time for Defendant's response to Plaintiff's Second Set of Interrogatories and Second Request for

Production of Documents.[1]  Defendant does not believe this conditioned consent fulfills the consent requirement under the Rules and therefore is moving the Court for an enlargement of time of ten days, up to and including September 12, 2008, to responds to Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents.

There is good cause for the Court to grant this Motion.  On July 31, 2008 Plaintiff served Defendant with Plaintiff's First Request for Admissions, Second Set of Interrogatories, and Second Request for Production of Documents.  The Second Set of Interrogatories was comprised of 14 interrogatories (36 interrogatories including subparts) and the Second Request for Production of Documents was comprised of requests number 26 through 35.  In addition to producing to date, over 22,000 pages of documents, Defendant has produced five fact witnesses for depositions as well as two witnesses and 18 affidavits in response to Plaintiff's 30(b)(6) deposition notice.  Moreover, undersigned has recently been assigned as co-counsel in a case that is set for trial September 15-19, 2008.  Counsel, therefore, has recently had to allocate a majority of her time to filing pre-trial motions, preparing for and attending the pre-trial conference, and preparing documents and witnesses for trial.  The additional time is requested so that undersigned may continue to consult with agency counsel regarding Defendant's responses and so agency counsel may continue to confer with Library of Congress employees to obtain responsive documents.  A proposed order is attached for the Court's convenience.

WHEREFORE, Defendant respectfully requests an enlargement of time of ten days up to an including September 12, 2008, to respond to Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents.

---

[1] In an email from Plaintiff's counsel dated September 9, 2008, Plaintiff stated, "Plaintiff consents to Defendant's request for additional time to respond to discovery requests as discussed in my email below, with the understanding that Defendant will actually provide responses to our requests and not simply object to them." See Attached.  This matter was also discussed with the Judge's clerk in a conference call with the Parties on September 9, 2008.

        Respectfully submitted,


        __/s/_____
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney


        __ /s/_____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney


        __/s/_____
        MEGAN M. WEIS
        Special Assistant United States Attorney
        Civil Division
        555 Fourth Street, NW
        Washington, D.C.  20530
        (202) 514-5134

September 9, 2008

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARNECKA-CROUCH, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-1169 (ESH) |
| ) | ECF |
| v. ) | |
| ) | |
| JAMES BILLINGTON, ) | |
| LIBRARIAN OF CONGRESS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### [PROPOSED] ORDER

Upon Consideration of the Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Written Discovery Requests, for good cause shown, and the entire record herein, it is hereby **ORDERED** that:

Defendant will respond to Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents on or before September 12, 2008.

It is so ORDERED by the Court this _____ day of _____, 2008.

_____
Hon. Ellen Segal Huvelle
United States District Judge