UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARNECKA-CROUCH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1169 (ESH) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| JAMES BILLINGTON, | ) | |
| LIBRARIAN OF CONGRESS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon Consideration of the Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Written Discovery Requests, for good cause shown, and the entire record herein, it is hereby **ORDERED** that:

Defendant will respond to Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents on or before September 12, 2008.

It is so ORDERED by the Court this _____ day of _____, 2008.

_____
Hon. Ellen Segal Huvelle
United States District Judge